**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6687

RAYMOND L. BROWN,

Plaintiff - Appellant,

versus

B. A. BLEDSOE, Warden, FCI Gilmer,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  W. Craig Broadwater, District Judge.  (1:04-cv-00018-WCB)

Submitted:  November 20, 2006        Decided:  January 3, 2007

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond L. Brown, Appellant Pro Se. Daniel W. Dickinson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond L. Brown, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Brown v. Bledsoe</u>, No. 1:04-cv-00018-WCB (N.D. W. Va. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>